| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| DAVID P. REINER, II; Fla. Bar No. 416400<br>Reiner & Reiner, P.A.<br>9100 S. Dadeland Blvd., Suite 901<br>Miami, Florida 33156<br>Phone: (305) 670-8282; Fax (305) 670-8989<br>eservice@reinerslaw.com; efile@reinerslaw.com<br><br>☐ Debtor(s) appearing without an attorney<br>☒ Attorney for: JOSEPH WANAMAKER | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SAN FERNANDO VALLEY DIVISION**

| In re:<br>JOSEPH WANAMAKER<br>------------------------------------------------------------<br>THE AFFILIATI NETWORK, LLC, a Delaware Corporation, Previously known as, THE AFFILIATI NETWORK, INC., a Florida Corporation, and SANJAY PALTA, an individual<br>v.<br>JOSEPH WANAMAKER, an individual<br>Debtor(s). | CASE NO.: 1:22-ap-01038-VK<br>CHAPTER: 7<br><br>**NOTICE OF MOTION FOR ORDER WITHOUT A HEARING**<br><br>**[LBR 9013-1(p) or (q)]**<br><br>[No hearing required] |

**TO THE U.S. TRUSTEE AND ALL PARTIES ENTITLED TO NOTICE, PLEASE TAKE NOTICE THAT:**

1. Movant(s) DAVID P. REINER, II ,
   filed a motion or application (Motion) entitled APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE [LBR 2090-1(b)] .

2. Movant(s) requests that the court grant the motion without a hearing as provided for in:

   ☐ LBR 9013-1(p), which, in addition to notice via Notice of Electronic Filing, requires the motion to be served on additional parties as specified in LBR _____; or

   ☒ LBR 9013-1(q), which requires service of the motion only on parties via Notice of Electronic Filing.

3. The motion is based upon the legal and factual grounds set forth in the motion. (*Check appropriate box below*):

   ☒ The full motion is attached to this notice; or

   ☐ The full motion was filed with the court as docket entry # ___, and a detailed description of the relief sought is attached to this notice.

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015                              Page 1                         F 9013-1.2.NO.HEARING.NOTICE

4. Movant will promptly lodge an order that the court may use to rule on the motion, as the court may rule on the motion without a hearing and without an opportunity for any party to file a request for a hearing,.

Respectfully submitted,

Date: 8/15/22

_Signature of Movant or attorney for Movant_

David P. Reiner, II
Printed name of Movant or attorney for Movant

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015                                              Page 2                                       F 9013-1.2.NO.HEARING.NOTICE

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>DAVID P. REINER, II; Fla. Bar No. 416400<br>Reiner & Reiner, P.A.<br>9100 S. Dadeland Blvd., Suite 901<br>Miami, Florida 33156<br>Phone: (305) 670-8282; Fax (305) 670-8989<br>eservice@reinerslaw.com; efile@reinerslaw.com<br><br><br><br>Attorney for: JOSEPH WANAMAKER | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA - SAN FERNANDO VALLEY DIVISION**

| In re:<br>JOSEPH WANAMAKER<br><br><br><br>Debtor(s). | CASE NO.: 1:20-bk-10026-VK<br>ADVERSARY NO.: 1:22-ap-01038-VK<br>CHAPTER: 7 |
|---|---|
| THE AFFILIATI NETWORK, LLC, a Delaware Corporation, Previously known as, THE AFFILIATI NETWORK, INC., a Florida Corporation, and SANJAY PALTA, an individual<br>Plaintiff(s).<br>vs.<br>JOSEPH WANAMAKER, an individual<br><br>Defendant(s). | **APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE [LBR 2090-1(b)]**<br><br>[No hearing required per LBR 2090-1(b)(6)] |

1. I, <u>DAVID P. REINER, II</u>_____, apply to the court under LBR 2090-1(b) for permission to appear and participate in the above-entitled action on behalf of the following named party, by whom I have been retained (*specify name of party*):

   JOSEPH WANAMAKER

2. I have paid the required fee specified in LBR 2090-1(b)(5) to the United States District Court and have attached a copy of the receipt.

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

June 2016                                              Page 1                                    F 2090-1.2.APP.NONRES.ATTY

3. I am a lawyer with the following law firm (*specify name and address of law firm*):

   REINER & REINER, P.A.
   9100 S. Dadeland Blvd., Suite 901, Miami, Florida 33156

4. I am a member in good standing and eligible to practice before the following courts and admitted to practice on the following dates (*specify name of each such jurisdiction and my date of admission to practice in each such jurisdiction*):

   Please see the attached Exhibit "A"

5. I am not a resident of, nor am I regularly employed, engaged in business, professional or other activities in the state of California. I am not currently suspended or disbarred in any court.

6. I have concurrently or within the past 36 months made pro hac vice applications to this court in the following actions:

| Court | Case Number | Title of Action | Date of Application | Disposition of Application |
|---|---|---|---|---|
|  |  |  |  |  |

7. I ☐ have ☒ have not been disciplined by any court or administrative body ☐ disciplinary proceedings are pending; details are as follows:




   I ☐ resigned ☐ did not resign while disciplinary proceedings were pending.

8. I certify that I have read the LBRs, the FRBP, the F.R.Civ.P., and the F.R.Evid., in their entirety.

9. I designate the following person of the following law firm, who is a member of the bar of this court and maintains an office in this district for the practice of law, as the attorney with whom the court and opposing counsel may readily communicate regarding the conduct of this case, and upon whom papers may be served:

   Name of attorney (Designee):
   PETER M. LIVELY
   Name and address of law firm, or residence address:
   LAW OFFICE OF PETER M. LIVELY
   11268 WAshington Blvd., Suite 203
   Culver City, California 90230

   Telephone number of law firm: (310) 391-2400

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

June 2016    Page 2    F 2090-1.2.APP.NONRES.ATTY

10. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Date: 8/15/22

_Signature of applicant_

David P. Reiner, II
Printed name of applicant

## CONSENT OF DESIGNEE

I consent to the foregoing designation.

Date: 08/12/2022

_Signature of Designee_

Peter M Lively
Printed name of Designee

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

June 2016                    Page 3                    F 2090-1.2.APP.NONRES.ATTY

# Exhibit "A"

## **EXHIBIT "A"**

- United States Supreme Court (admitted 8/2/2004)
- State of Florida Supreme Court (admitted 11/8/2000)
- State of Texas Supreme Court (admitted 1/11/2019)
- United States Federal Tax Court (admitted 6/16/2004)
- United States Court of International Trade (admitted 6/17/2004)
- United States Court of Federal Claims (admitted 7/26/2019)
- United States Armed Forces Court of Appeals (admitted 6/4/2004)
- United States Court of Appeals for the Federal Circuit (admitted 6/30/2004)
- United States Court of Appeals for the Eleventh Circuit (admitted 3/29/2004)
- United States Court of Appeals for the Fifth Circuit (admitted 2/25/2019)
- United States District Court for the District of Colorado (admitted 1/3/2012)
- United States District Court for the Northern District of Illinois (admitted 3/15/2013)
- United States District Court for the Eastern District of Texas (admitted 3/14/2004)
- United States District Court for the Northern District of Texas (admitted 3/12/2004)
- United States District Court for the District of North Dakota (admitted 3/13/2004)
- United States District Court for the Northern District of Florida (admitted 4/24/2004)
- United States District Court for the Middle District of Florida (admitted 9/1/2004)
- United States District Court for the Southern District of Florida (admitted 7/20/2004)

# Exhibit "B"

☰   U.S. District Court, Central District of California

# You have successfully paid your application fee using the Pay.gov website.

**Non-Resident Attorney's Name:** David Reiner, II
**Firm Name:** Reiner & Reiner, P.A.
**Bankruptcy Case Number or Adversary Proceeding Case Number:** 1:22-ap-01038-VK
**Party Name:** Joseph Wanamaker

**Tracking Number:** PHV-220815-000-0106
**Pay.gov Tracking ID:** 2719OFHD
**Amount:** $500
**Date:** 8/15/2022

Please include the tracking number as a reference on any communications with the Court about this transaction. We recommend that you 🖨 print this page for your records.

**For assistance, please contact:**

Attorney Admissions
United States District Court
Central District of California
Tel: (213) 894-2085

**For questions related to payment**, please contact the Fiscal department at fis_cac@cacd.uscourts.gov

Go back to the online form.

| Clerk Services | Jurors Information | Attorney Information | Court Procedures |
|---|---|---|---|
| Court Reporting Services | Jurisdiction | Attorney Admissions | Filing Procedures |
| Courtroom Technology | Terms of Service | Attorney Assistance | Forms |
| Employment | Requesting an Excuse | Alternative Dispute Resolution (ADR) | General Orders |
| Interpreter Services | Requesting a Postponement | Capital Habeas | Local Rules |
| Naturalization Ceremony Information | Students | Criminal Justice Act (CJA) | |
| Policy For Limited Use of Court Facilities | Payment | Lawyer Representatives | |
| Records Department | Juror Amenities | Pro Bono | |
| Statistical Reports | Dress Code | Direct Assignment of Civil Cases to Magistrate Judges Program | |
| | Security | Attorney Workroom Copier Password Request | |
| | Employer Information | Mileage Rates | |
| | Checking Status / Confirming Reporting Instructions | Post-Judgment Interest Rates | |
| | Certificate of Jury Service | | |
| | Contact Us | | |
| | Parking / Directions | | |
| | Subsistence Information / Hotels | | |

https://apps.cacd.uscourts.gov/registration/paygov/complete?token=fb415249e8774c56a2dafd3d852f575f    1/1

| In re:<br>Joseph Wanamaker<br>Debtor(s). | CHAPTER 7<br>CASE NUMBER 1:20-bk-10026-VK |
|---|---|
| In re:<br>The Affiliati Network, LLC, Plaintiff. vs. Kimberly Barbour, Defendant. | ADV CASE NUMBER 1:22-ap-01038-VK |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 11268 Washington Boulevard, Suite 203, Culver City, California 90230-4647.

A true and correct copy of the foregoing document entitled: **NOTICE OF MOTION FOR ORDER WITHOUT HEARING [LBR 9013-1(p) or (q)]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On August 15, 2022, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On August 15, 2022, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on N/A, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 08/15/2022 | Ilya B. Volk | _/s/ Ilya B. Volk_ |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                              F 9013-3.1.PROOF.SERVICE

| In re:<br>Joseph Wanamaker<br>Debtor(s). | CHAPTER 7<br>CASE NUMBER 1:20-bk-10026-VK |
|---|---|
| In re:<br>The Affiliati Network, LLC, Plaintiff. vs. Kimberly Barbour, Defendant. | ADV CASE NUMBER 1:22-ap-01038-VK |

**ADDITIONAL SERVICE INFORMATION (if needed):**

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF"):**

United States Trustee:
United States Trustee (LA)
ustpregion16.la.ecf@usdoj.gov

Chapter 7 Trustee:
Amy L Goldman marisol.jaramillo@lewisbrisbois.com AGoldman@iq7technology.com;

Attorney for Movants:
Stella A Havkin stella@havkinandshrago.com
Brett B Curlee brett.curlee@thecurleelawfirm.com

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL:**

**via U.S. Mail:**

Debtor:
Joseph Wanamaker
10063 Riverside Dr #2656
Toluca Lake, CA 91610

Judge:
Honorable Victoria S. Kaufman
U.S. Bankruptcy Court
Central District of California
21041 Burbank Blvd., Suite 354
Woodland Hills, California 91367-6606

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                        F 9013-3.1.PROOF.SERVICE