| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>DAVID P. REINER, II; Fla. Bar No. 416400<br>Reiner & Reiner, P.A.<br>9100 S. Dadeland Blvd., Suite 901<br>Miami, Florida 33156<br>Phone: (305) 670-8282; Fax (305) 670-8989<br>eservice@reinerslaw.com; efile@reinerslaw.com<br><br>☒ *Attorney for*:  JOSEPH WANAMAKER | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>**AUG 16 2022**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY** Cetulio    **DEPUTY CLERK** |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – *SAN FERNANDO VALLEY* DIVISION**

| In re:<br><br>JOSEPH WANAMAKER<br><br>Debtor(s) | CASE NO.: 1:20-bk-10026-VK<br>CHAPTER: 7<br>ADVERSARY NO.: 1:22-ap-01038-VK |
|---|---|
| THE AFFILIATI NETWORK, LLC, a Delaware Corporation, Previously known as, THE AFFILIATI NETWORK, INC., a Florida Corporation, and SANJAY PALTA, an individual<br><br>Plaintiff(s)<br><br>vs.<br><br>JOSEPH WANAMAKER<br><br>Defendant(s) | **ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE [LBR 2090-1(b)]**<br><br>[No hearing required per LBR 2090-1(b)(6)] |

The court, having reviewed the Application of the non-resident attorney to appear in a specific case under LBR 2090-1(b), and good cause appearing, orders as follows:

☒ The Application is granted and the following person may appear as requested in the above-entitled case (*specify name of applicant*):  DAVID P. REINER, II

☐ Permission to appear pro hac vice is effective upon payment of the requisite fee to the United States District Court for the Central District of California.

Date: August 16, 2022

Victoria S. Kaufman
United States Bankruptcy Judge

---

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2016    F 2090-1.2.ORDER.NONRES.ATTY