BRETT B. CURLEE (SBN 151058)
LAW OFFICES OF BRETT CURLEE
21250 Hawthorne Blvd., Suite 500
Torrance, CA 90503
Phone: (310)203-3084
Fax: (310) 203-3071
Email: Brett.Curlee@TheCurleeLawFirm.com

STELLA HAVKIN (SBN 134334)
HAVKIN & SHRAGO ATTORNEYS AT LAW
5950 Canoga Avenue, Suite 400
Woodland Hills, CA 90040
Phone: (818) 999-1568
Fax: (818) 293-2414
Email: stella@havkinandshrago.com

TRAVIS A. CORDER (SBN 237575)
CORDER LAW OFFICE
815 Moraga Drive, Ste 300
Los Angeles, CA 90049
Phone: (310) 775-5762
Fax: (310) 861-0320
Email: travisacorder@gmail.com

Attorney for the Movants and Creditors,
THE AFFILIATI NETWORK, INC.
And SANJAY PALTA

**FILED & ENTERED**

**OCT 17 2022**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY Pgarcia    DEPUTY CLERK

**CHANGES MADE BY COURT**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re<br><br>JOSEPH WANAMAKER,<br><br>                 Debtor.<br>_____<br>THE AFFILIATI NETWORK, LLC, A Delaware Corporation, Previously known as, THE AFFILIATI NETWORK, INC., a Florida Corporation, and SANJAY PALTA, an individual,<br><br>                 Plaintiffs,<br><br>v.<br><br>JOSEPH WANAMAKER, an individual;<br><br>                 Defendant. | CASE NO. 1:20-bk-10026-VK<br><br>[Chapter 7]<br><br>ADV. NO. 1:22-ap-01038-VK<br><br>ORDER AFTER HEARING ON MOTION TO DISMISS OR FOR MORE DEFINITE STATEMENT (adv dkt 15)<br><br>Date:  October 12, 2022<br>Time:  1:30 p.m.<br>Place: Courtroom 301 (VIA ZOOM)<br>United States Bankruptcy Court<br>Central District of California<br>21041 Burbank Boulevard<br>Woodland Hills, CA 91367 |

The "Motion to Dismiss or for More Definite Statement" (adv dkt 15) (the "Motion") came on for hearing in the United States Bankruptcy Court Central District of California, San Fernando Valley Division, the Honorable Victoria S. Kaufman, on October 12, 2022 at 1:30 p.m., in Courtroom 301 (VIA ZOOM) in the above-referenced Bankruptcy Courthouse.

The Movant, Defendant, and Debtor, Joseph Wanamaker ("Movant"), appeared through his attorney of record Reiner & Reiner, P.A., through attorney, David P. Reiner, II. The Respondents, Plaintiffs, and Creditors, The Affiliati Network, LLC and Sanjay Palta (hereinafter collectively referred to as "Respondents"), appeared through their attorneys of record, the Law Offices of Brett Curlee, through attorney Brett B. Curlee, and Havkin & Shrago, Attorneys at Law, through attorney, Stella Havkin. No other appearances were made or stated for the record.

The Court having reviewed the Motion, the Response (adv dkt 20), and the Reply to the Response (adv dkt 21), and having advanced the hearing on the Motion from the 2:00 p.m. calendar to the 1:30 p.m. calendar on October 12, 2022 to be heard concurrent with the status conference in this adversary proceeding after counsel orally consented to advancing the hearing, and after the Court heard oral argument of counsel at the time of hearing, and having determined that notice was timely and properly given,

IT IS HEREBY ORDERED THAT:

1. The Motion is **DENIED** based on the grounds set forth in the ~~tentative~~ *written* ruling posted on the docket *(adv dkt 24)* ~~which is incorporated herein in full~~; and,

/
/
/
/
/

2. *Movant* ~~The Defendant~~ is ordered to file his responsive pleadings to the Complaint *(adv dkt 1)* within fourteen (14) days after this order is entered.

### 

Date: October 17, 2022

Victoria S. Kaufman
United States Bankruptcy Judge

-3-