DAVID P. REINER, II; Fla. Bar. No. 416400
Reiner & Reiner, P.A.
9100 S. Dadeland Blvd., Suite 901
Miami, Florida 33156
Phone: (305) 670-8282; Fax (305) 670-8989
eservice@reinerslaw.com; efile@reinerslaw.com

Attorney for JOSEPH WANAMAKER
(Admitted *Pro Hac Vice*)

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re: JOSEPH WANAMAKER,<br><br>Debtor,<br><br>―――――――――――――――――――<br><br>THE AFFILIATI NETWORK, LLC, a Delaware Corporation, Previously known as, THE AFFILIATI NETWORK, INC., a Florida Corporation, and SANJAY PALTA, an individual<br><br>Plaintiffs,<br><br>vs.<br><br>JOSEPH WANAMAKER, an individual,<br><br>Defendant | Case No.: 1:20-bk-10026-VK<br><br>[Chapter 7]<br><br>**Adv. Case No.: 1:22-ap-01038-VK**<br><br>DEFENDANT'S DISCLOSURES PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE, RULE 7026 |

Defendant, JOSEPH WANAMAKER, by and through undersigned counsel, hereby files these disclosures pursuant to Fed. R. Bnkr. P. 7026 and Fed. R. Civ. P. 26(a)(1), and states:

**A.    INDIVIDUALS LIKELY TO HAVE DISCOVERABLE INFORMATION**

Pursuant to Fed. R. Civ. P. 26(a)(1)(A)(i), the following individuals may have discoverable information that the Defendant may use to support his defenses:

DEFENDANT'S DISCLOSURES PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE, RULE 7026 - 1

1.     JOE WANAMAKER
       c/o REINER & REINER, P.A.
       9100 South Dadeland Boulevard, Suite 901
       Miami, Florida   33156-7815
       Phone: (305) 670-8282; Facsimile: (305) 670-8989

Joe Wanamaker is the Debtor in the Bankruptcy case and the Defendant in this adversary action. He has knowledge of the claims presented in the Complaint, the business and business practices of the Plaintiffs, the I/O and Terms and Conditions which governed the relationship between the Plaintiff and the Defendant, all aspects of the litigation in Florida which gave rise the Plaintiffs' claims against him and the fraud investigation launched by San Diego law enforcement and the San Diego District Attorney's office regarding the Plaintiffs' illegal business practices which also gave rise to litigation in Florida.  Mr. Wanamaker has discoverable information regarding fraudulent or unethical marketing practices by Affiliati, Sonny Palta and their publishers which caused Fitcrew and, consequently the Debtor, to become insolvent. Mr. Wanamaker has knowledge of his business practices, including the interplay between advertising, marketing, sales, merchant services and fulfillment.  Mr. Wanamaker has knowledge of loans and/or private mortgages he took out from Third-Parties to purchase a home and fund litigation defense and loans he repaid, as well has his personal financial information.

2.     CHRISTINE NAUD
       c/o REINER & REINER, P.A.
       9100 South Dadeland Boulevard, Suite 901
       Miami, Florida   33156-7815
       Phone: (305) 670-8282; Facsimile: (305) 670-8989

Ms. Naud has knowledge of the claims presented in the Complaint, the business and business practices of the Plaintiffs, the I/O and Terms and Conditions which governed the relationship between the Plaintiff and the Defendant, all aspects of the litigation in Florida which gave rise the Plaintiffs' claims against the Debtor and the fraud investigation launched by San Diego law enforcement and the San Diego District Attorney's office regarding the Plaintiffs'

fraudulent business practices which also gave rise to litigation in Florida. Ms. Naud has discoverable information regarding fraudulent or unethical marketing practices by Affiliati, Sonny Palta and their publishers which caused Fitcrew and, consequently the Debtor, to become insolvent. Ms. Naud has knowledge of the business practices of FitcrewUSA, Ship Plus Logistics and related companies, and to some extent the interplay between advertising, marketing, sales, merchant services and fulfillment. Ms. Naud has knowledge of loans and/or private mortgages Debtor took out from Third-Parties to purchase a home and fund litigation defense and loans he repaid.

    3.    PATRICK MERRIGAN
           The Tax Consultants,
           14081 Yorba Street, Suite 214,
           Tustin, CA 92780,
           Ph. (714) 361-9580

Mr. Merrigan was the accountant/bookkeeper for several of the businesses owned or operated by the Defendant. He may have discoverable information regarding the Defendant's financial history as it relates to any of the related entities identified in the Complaint.

    4.    DAMON MOSLER, Assistant District Attorney
           San Diego County District Attorney's Office
           San Diego, Hall of Justice, Seventh Floor
           330 W. Broadway
           San Diego, CA 92101

Mr. Mosler may have discoverable information regarding fraudulent or unethical marketing practices by Affiliati, Sonny Palta and their publishers which caused Fitcrew and, consequently the Debtor, to become insolvent.

    5.    NATE LIND
           L/K/A 2500 Parkway Ave NE
           Suite 200
           Rio Rancho NM 87144
           505-697-1995

Mr. Lind was retained by Plaintiffs as an internet marketing expert in the Florida litigation. He may have discoverable information or evidence of fraudulent or unethical marketing practices by Affiliati, Sonny Palta and their publishers which caused Fitcrew and, consequently the Debtor, to become insolvent.

    6.    JONATHAN E. HOCHMAN
          615 W. Johnson Ave, Suite 202
          Cheshire, CT 06410-4532
          jonathan@hochmanconsultants.com
          Tel +1-203-699-2628

Mr. Hochman was retained by Fitcrew and Debtor as an internet marketing expert in the Florida litigation. He may have discoverable information or evidence of fraudulent or unethical marketing practices by Affiliati, Sonny Palta and their publishers which caused Fitcrew and, consequently the Debtor, to become insolvent.

    7.    VANITA SPAULDING, MBA, CFA, ASA
          Spaulding Financial LLC
          840 Apollo St. Suite 100
          El Segundo, CA 90245
          Cell: (310) 391-0960
          Email: vanita@cogentvaluation.com

Ms. Spaulding was retained by Fitcrew and Debtor to calculate damages in the Florida litigation. She may have discoverable information or evidence of fraudulent or unethical marketing practices by Affiliati, Sonny Palta and their publishers which caused Fitcrew and, consequently the Debtor, to become insolvent. Plaintiff are in possession of her damages report indicating that on revenues of $6,887,866, after millions of dollars in extraordinary chargeback, void, cancellation, refund, back fees, gateway fees and customer call center costs as a result of Allifiati and Palta's fraudulent practices, Fitcrew actually lost $879,549.

    8.    SANJAY KUMAR PALTA
The UPS Store[1]
1521 Alton Rd, Box 160
Miami Beach, Florida 33139

Mr. Palta may have discoverable information or evidence of fraudulent or unethical marketing practices by Affiliati and its publishers which caused Fitcrew and, consequently the Debtor, to become insolvent. Specifically, with regard to his and Affiliati's primary affiliate Alexander Podgurski (and others) who, while working for Affiliati and Palta on the Fitcrew campaign – charges for which were guaranteed by the Debtor, secretly engaged in an illegal internet based advertising scheme utilizing stolen or fake Facebook accounts to promote advertisements that would direct consumers to websites and advertorial pages for products allegedly promoted by medical professionals and celebrities but, in reality, the endorsements were fake; the aforementioned medical professionals and celebrities did not actually endorse the products or authorize the use of their likeness in these deceptive advertisements.

    9.    Ruben E. Socarras
Chane Socarras, PLLC
327 Plaza Real Blvd., Suite 217
Boca Raton, FL 33432
Ph. (561) 609-3190

Mr. Socarras may have discoverable information or evidence of fraudulent or unethical marketing practices by Affiliati, Sonny Palta and their publishers which caused Fitcrew and, consequently the Debtor, to become insolvent. Specifically, Mr. Socarras made certain material misrepresentations to the Court and counsel in the Florida litigation which allowed the Plaintiffs

---

[1] This is the address for Mr. Palta listed in the Plaintiffs' Initial Disclosures, however, this is the UPS store mailbox that Affiliati lists as their "principal address." Mr. Palta actually lives in a $12 million luxury estate in Santa Barbara, the address for which is: 1915 Las Tunas Rd, Santa Barbara, CA 93103.

DEFENDANT'S DISCLOSURES PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE, RULE 7026 - 5

to obtain the judgment which forms the basis for their claim in the main bankruptcy case.

**B.    DISCLOSURE OF DOCUMENTS**

Pursuant to Fed. R. Civ. P. 26(a)(1)(A)(ii), The only presently known documents that the disclosing party may use to support its defenses, unless solely for impeachment, are as follows: The Florida litigation documents and orders in District Court, SD FL Case No.: 16-CV-24097-UU) ("Affiliati 1") and (U.S. District Court, SD FL Case No.: 18-CV-22576-Cooke) ("Affiliati 2"), which are available online through Pacer (and which Plaintiffs have copies of) may be used to support Defendant's defenses in this adversary action.  In addition, most, if not all of the accounting records for the Debtor, his companies and related companies has been produced by the Debtor (through Debtor's counsel, Peter Lively) to the Plaintiffs in the main bankruptcy. The expert reports generated by Hochman and Spaulding are available and the declaration and supplemental declaration of Damon Mosler are also in the possession of the Plaintiffs.   Most of the reconciled books and records for the Debtor or related companies are either in the possession of the Patrick Merrigan or Christine Naud.

Defendant may rely on documents, photographs, videos and audio files produced by the San Diego District Attorney's office pursuant to a subpoena in the Florida litigation – in support of their defenses. Those documents are also in the possession of the Plaintiffs.

**C.    A COMPUTATION OF CATEGORIES OF DAMAGES**

Pursuant to Fed. R. Civ. P. 26(a)(1)(A)(iii), Defendant hereby calculates his damages as follows:

1.    Defendant seeks no damages except to the extent that attorney's fees or costs are awardable.

**D.    INSURANCE AGREEMENTS**

Pursuant to Fed. R. Civ. P. 26(a)(1)(A)(iv), Defendant discloses that there are no insurance

DEFENDANT'S DISCLOSURES PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE, RULE 7026 - 6

policies under which any insurance business may be liable to satisfy all or part of a possible judgment in this action or to indemnify or reimburse for payments made to satisfy the judgment.

**REINER & REINER, P.A.**
*Counsel for Defendant Joseph Wanamaker*
9100 South Dadeland Boulevard, Suite 901
Miami, Florida 33156-7815
Tele.: (305) 670-8282; Fax: (305) 670-8989
*dpr@reinerslaw.com;eservice@reinerslaw.com*

By: _____
**DAVID P. REINER, II**; FBN 416400
(Admitted Pro Hac Vice)

# CERTIFICATE OF SERVICE

*I HEREBY CERTIFY that on **October 21, 2022,** I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.*

By: _____
**DAVID P. REINER, II**; FBN 416400
(Admitted Pro Hac Vice)