DAVID P. REINER, II; Fla. Bar. No. 416400
Reiner & Reiner, P.A.
9100 S. Dadeland Blvd., Suite 901
Miami, Florida 33156
Phone: (305) 670-8282; Fax (305) 670-8989
eservice@reinerslaw.com; dpr@reinerslaw.com

Attorney For JOSEPH WANAMAKER
(Admitted *Pro Hac Vice*)

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re: JOSEPH WANAMAKER,<br><br>Debtor,<br><br>_____<br><br>THE AFFILIATI NETWORK, LLC, a Delaware Corporation, Previously known as, THE AFFILIATI NETWORK, INC., a Florida Corporation, and SANJAY PALTA, an individual<br><br>Plaintiffs,<br><br>vs.<br><br>JOSEPH WANAMAKER, an individual,<br><br>Defendant | Case No.: 1:20-bk-10026-VK<br><br>[Chapter 7]<br><br>Adv. Case No.: 1:22-ap-01038-VK<br><br>**ANSWER TO PLAINTIFFS' COMPLAINT**<br><br>Status Conference Date:<br><br>Date:    November 16, 2022<br>Time:    1:30 PM<br>Courtroom: 301<br>Place:    21041 Burbank Blvd.<br>            Woodland Hills, CA 91367 |

**TO THE HONORABLE VICTORIA S. KAUFMAN, UNITED STATES BANKRUPTCY JUDGE, AMY S. GOLDMAN, CHAPTER 7 TRUSTEE AND HER COUNSEL OF RECORD:**

    Defendant, Joseph Wanamaker, hereby answers and responds to the Adversary Complaint filed by Claimants THE AFFILIATI NETWORK, LLC and SANJAY PALTA, as follows:

**ANSWER TO THE PLAINTIFFS' COMPLAINT**
- 1-

1. Defendant admits the allegations contained in paragraphs 2, 3, 6 and 117 of the Complaint.

2. Defendant denies the allegations contained in paragraphs 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 23, 24, 25, 28, 29, 31, 34, 35, 36, 37, 38, 39, 40, 41, 42, 45, 54, 55, 56, 57, 58, 59, 60, 62, 66, 69, 70, 01, 72, 73, 74, 77, 78, 80, 81, 82, 83, 84, 86, 89, 91, 92, 93, 94, 95, 96, 97, 98, 99, 100, 103, 103, 105, 106, 107, 108, 109, 111, 112, 113, 114, 115, 118, 119, 120, 121, 123, 124, 125 and 227 of the Complaint and demands strict proof thereof.

3. Defendant is without knowledge and therefore denies the allegations contained in paragraphs 1, 4, 5, 7, 22, 26, 27, 30, 32, 33, 43, 46, 47, 48, 49, 50, 51, 52, 53, 67, 68, 75, 76, 87, 88 and 90. The Plaintiffs have not attached exhibits to the Complaint sufficient to identify documents cited and the allegations are otherwise ambiguous or call for legal conclusions or are bereft of detail sufficient to merit an admit or deny.

4. Defendant denies the allegations in the unnumbered title paragraphs "A" through "S" and demands strict proof thereof.

5. Responding to the reallegations contained in paragraphs 61, 79, 85, 101, 110, 116 and 122, Defendant incorporates his above responses to the realleged paragraphs as though fully set forth herein.

**PRAYER FOR RELIEF**

Responding to the prayer for judgment included in paragraphs 128, 129, 130, 131, 132, 133, 134, 135, 136, 137 and 138, Defendant denies each and every allegation contained in those paragraphs specifically denies that the Plaintiffs are entitled to any relief whatsoever.

**AFFIRMATIVE DEFENSES**

**FIRST AFFIRMATIVE DEFENSE – FAILURE TO STATE A CAUSE OF ACTION**

1. As an affirmative defense, answering Defendant asserts that the Complaint fails to state Facts sufficient to constitute a cause of action.

### SECOND AFFIRMATIVE DEFENSE – UNCLEAN HANDS

2. As an affirmative defense, answering Defendant asserts that Plaintiff's Complaint is barred by the doctrine of unclean hands.

### THIRD AFFIRMATIVE DEFENSE – ESTOPPEL

3. As an affirmative defense, answering Defendant asserts that Plaintiff's Complaint is barred by the doctrine of estoppel.

### FOURTH AFFIRMATIVE DEFENSE - COMPLAINT UNCERTAIN

4. Each and all of the purported causes of action asserted in the Complaint are uncertain, ambiguous and unintelligible.

### FIFTH AFFIRMATIVE DEFENSE – WAIVER

5. As an affirmative defense, answering Defendant asserts that Plaintiff's Complaint is barred by the doctrine of waiver.

### SIXTH AFFIRMATIVE DEFENSE – FAILURE TO MITIGATE

6. The Complaint, and all the causes of action therein, is barred because Plaintiff failed to take reasonable steps to mitigate its damages, if any.

### SEVENTH AFFIRMATIVE DEFENSE – STATUTE OF LIMITATIONS

7. The Complaint, and all the causes of action therein, may be barred by a statute of limitations.

### EIGHTH AFFIRMATIVE DEFENSE – JUDICIAL ESTOPPEL

8. The Complaint, and all the causes of action therein, may be barred by the doctrine of judicial estoppel.

### NINTH AFFIRMATIVE DEFENSE – RES JUDICATA

9. The Complaint, and all the causes of action therein, may be barred by the doctrine of res judicata.

### TENTH AFFIRMATIVE DEFENSE – COLLATERAL ESTOPPEL

10. The Complaint, and all the causes of action therein, may be barred by the doctrine of collateral estoppel.

### ELEVENTH AFFIRMATIVE DEFENSE – ADDITIONAL DEFENSES

11. Defendant may have other separate and additional defenses of which he is not presently aware and reserves the right to assert these defenses when they become known.

WHEREFORE, DEFENDANT PRAYS FOR JUDGMENT AS FOLLOWS:

1. That Plaintiffs take nothing and that their Complaint be dismissed with prejudice;

2. That Defendant be awarded his costs incurred in this action;

3. That Defendant be awarded his reasonable attorneys' fees;

4. For such other and further relief as the Court may in its discretion deem just and proper.

Respectfully Submitted,

**REINER & REINER, P.A.**
*Counsel for Defendant Joseph Wanamaker*
9100 South Dadeland Boulevard, Suite 901
Miami, Florida 33156-7815
Tele.: (305) 670-8282; Fax: (305) 670-8989
*dpr@reinerslaw.com; eservice@reinerslaw.com*

By: _____
**DAVID P. REINER, II**; FBN 416400
(Admitted Pro Hac Vice)

# CERTIFICATE OF SERVICE

*I HEREBY CERTIFY that on **October 28, 2022,** I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.*

By: _____
**DAVID P. REINER, II**; FBN 416400
(Admitted Pro Hac Vice)

**US MAIL / EMAIL SERVICE LIST**

Travis A Corder
Corder Law Office
815 Moraga Dr Ste 300
Los Angeles, CA 90049
travisacorder@gmail.com