| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| BRETT B. CURLEE (SBN 151058)<br>LAW OFFICES OF BRETT CURLEE<br>21250 Hawthorne Boulevard, Suite 500<br>Torrance, CA 90503<br>Telephone: (310) 203-3084<br>Fax: (310) 203-3071<br>Email: Brett.Curlee@TheCurleeLawFirm.com<br><br>STELLA HAVKIN (SBN 134334)<br>DAVID JACOB (SBN 256374)(Of Counsel)<br>HAVKIN & SHRAGO ATTORNEYS AT LAW<br>5950 Canoga Avenue, Suite 400<br>Woodland Hills, CA 91367<br>Telephone: (818) 999-1568<br>Fax: (818) 293-2414<br>Email: stella@havkinandshrago.com<br><br>TRAVIS A. CORDER (SBN 237575)<br>CORDER LAW OFFICE<br>815 Moraga Drive, Suite 300<br>Los Angeles, CA 90049<br>Telephone: (310) 775-5762<br>Fax: (310) 861-0320<br>Email: travisacorder@gmail.com<br><br>☐ *Debtor(s) appearing without attorney*<br>☐ *Attorney for*: Plaintiffs | **FILED & ENTERED**<br><br>**NOV 23 2022**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY Pgarcia    DEPUTY CLERK**<br><br>**CHANGES MADE BY COURT** |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA -*SAN FERNANDO VALLEY* DIVISION**

| In re:<br><br>JOSEPH WANAMAKER<br><br>Debtor(s)<br><br>THE AFFILIATI NETWORK, LLC., a Delaware Limited Liability Corporation fka THE AFFILIATI NETWORK, INC., a Florida Corporation, and SANJAY PALTA, an individual<br><br>Plaintiff(s)<br>vs.<br><br>JOSEPH WANAMAKER,<br><br>Defendant(s) | CASE NO.: 1:20-bk-10026-VK<br>CHAPTER: 7<br>ADVERSARY NO: 1:22-ap-01038-VK<br><br>**STATUS CONFERENCE AND SCHEDULING ORDER PURSUANT TO LBR 7016-1(a)(4)**<br><br>DATE: November 16, 2022<br>TIME: 1:30 p.m,<br>COURTROOM: 301<br>ADDRESS: 21041 Burbank Blvd Woodland Hills, California 91367 |

1. A status conference took place on the date and time indicated above.

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2014*    Page 1    **F 7016-1.2.ORDER.STATUS.CONF**

2. Parties and counsel were present as reflected in the court record.
3. This matter is disposed of as follows:

   a. ☐ Continued to the following date for a further status conference:   *(date)* _____   *(time)* _____

   b. ☐ A joint status report must be filed and served, including a judge's copy, by *(date)*: _____

   c. ☐ The last day to join other parties and to amend pleadings is *(specify date)*: _____

   d. ☒ *The last day for pre-trial motions to be filed and served, including a judge's copy, is (date):* June 21, 2023

   e. ☐ The last date for pre-trial motions to be heard is *(date)*:

   f. ☒ The last day for discovery to be completed, including receiving responses to discovery requests, is *(date)*: June 1, 2023

   g. ☐ A ☒ pre-trial stipulation or ☐ pre-trial order must be filed and lodged by *(date)* July 12, 2023 *(time)* _____
      ☐ No pre-trial stipulation or pre-trial order is required

   h. ☒ A pre-trial conference is set for *(date)* July 26, 2023   *(time)* 1:30 p.m.
      ☐ No pre-trial conference is required

   i. ☐ Estimate of time for trial *(specify number of hours)*: _____

   j. ☐ A trial is set for *(date)* _____   *(time)* _____

   k. ☐ The adversary proceeding is dismissed for failure to appear or prosecute
      ☐ with prejudice   ☐ without prejudice

   l. ☐ Notice of next status conference or pre-trial conference date is waived

   m. ☐ Other *(specify)*:

###

Date: November 23, 2022

Victoria S. Kaufman
United States Bankruptcy Judge

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2014*    Page 2    **F 7016-1.2.ORDER.STATUS.CONF**