

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Case No.: 1:20-bk-10026-VK |
| JOSEPH WANAMAKER, | Chapter 7 |
| | Adv. No.: 1:22-ap-01038-VK |
| Debtor. | **ORDER REASSIGNING RECUSAL MOTION** |
| THE AFFILIATI NETWORK, LLC, a Delaware Corporation, previously known as THE AFFILIATI NETWORK, INC., a Florida Corporation, and SANJAY PALTA, an individual, | |
| Plaintiffs, | |
| vs. | |
| JOSEPH WANAMAKER, an individual, | |
| Defendant. | |

//
//
//
//

-1-

-2-

On April 4, 2023, defendant Joseph Wanamaker filed a *Verified Motion to Recuse/Disqualify Judge* (the "Motion") [doc. 52]. The Motion is reassigned to Hon. Geraldine Mund for determination.

Date: April 11, 2023

*(signature)*
**THEODOR C. ALBERT**
Chief Judge, United States Bankruptcy Court