| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| STELLA HAVKIN (SBN 134334)<br>HAVKIN & SHRAGO ATTORNEYS AT LAW<br>5950 Canoga Avenue, Suite 400<br>Woodland Hills, CA 91367<br>Telephone: (818) 999-1568<br>Fax: (818) 293-2414<br>Email: stella@havkinandshrago.com<br><br>TRAVIS A. CORDER (SBN 237575)<br>CORDER LAW OFFICE<br>815 Moraga Drive, Suite 300<br>Los Angeles, CA 90049<br>Telephone: (310) 775-5762<br>Fax: (310) 861-0320<br>Email: travisacorder@gmail.com<br><br>☐ *Debtor(s) appearing without attorney*<br>☐ *Attorney for*: Plaintiffs | **FILED & ENTERED**<br><br>**MAY 24 2023**<br><br>CLERK U.S. BANKRUPTCY COURT<br>Central District of California<br>BY Pgarcia   DEPUTY CLERK<br><br>**CHANGES MADE BY COURT** |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA -*SAN FERNANDO VALLEY* DIVISION**

| In re:<br><br>JOSEPH WANAMAKER,<br><br><br><br><br><br><br>Debtor(s)<br>THE AFFILIATI NETWORK, LLC., a Delaware Limited Liability Corporation fka THE AFFILIATI NETWORK, INC., a Florida Corporation, and SANJAY PALTA, an individual<br><br><br>Plaintiff(s)<br>vs.<br><br>JOSEPH WANAMAKER, an individual, UR MEDIA GROUP, INC, a Nevada Corporation,<br><br><br><br><br>Defendants | CASE NO.: 1:20-bk-10026-VK<br>CHAPTER: 7<br>ADVERSARY NO: 1:22-ap-01038-VK<br><br>**STATUS CONFERENCE AND SCHEDULING ORDER PURSUANT TO LBR 7016-1(a)(4)**<br><br>DATE: May 17, 2023<br>TIME: 1:30 p.m,<br>COURTROOM: 301<br>ADDRESS: 21041 Burbank Blvd Woodland Hills, California 91367 |

1. A status conference took place on the date and time indicated above.
2. Parties and counsel were present as reflected in the court record.
3. This matter is disposed of as follows:
   a. ☐ Continued to the following date for a further status conference:   (*date*) _____   (*time*) _____
   b. ☐ A joint status report must be filed and served, including a judge's copy, by (*date*): _____

---

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2014*                              Page 1                              **F 7016-1.2.ORDER.STATUS.CONF**

c. ☒ The last day to join other parties and to amend pleadings is *(specify date)*: _____

d. ☐ The last day for pre-trial motions to be filed and served, including a judge's copy, is *(date)*: *September 15, 2023*.

e. ☐ The last date for pre-trial motions to be heard is *(date)*:

f. ☒ The last day for discovery to be completed, including receiving responses to discovery requests, is ): September 1, 2023

g. ☐ A ☒ pre-trial stipulation or ☐ pre-trial order must be filed and lodged by October 4, 2023
   ☐ No pre-trial stipulation or pre-trial order is required

h. ☒ A pre-trial conference is set for *(date)* October 18, 2023 - 1:30 p.m.
   ☐ No pre-trial conference is required

i. ☐ Estimate of time for trial *(specify number of hours)*: _____

j. ☐ A trial is set for *(date)* _____ *(time)* _____

k. ☐ The adversary proceeding is dismissed for failure to appear or prosecute
   ☐ with prejudice    ☐ without prejudice

l. ☐ Notice of next status conference or pre-trial conference date is waived

m. ☐ Other *(specify)*:

###

Date: May 24, 2023

Victoria S. Kaufman
United States Bankruptcy Judge

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2014*    Page 2    **F 7016-1.2.ORDER.STATUS.CONF**